IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ANGELA LAY,

      Petitioner,

v.

Case No. 5D18-2692

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed September 14, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Mike Graves, Public Defender, and Amanda Sizemore, Assistant Public Defender, Ocala, for Petitioner.

No Appearance for Respondent.

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 9, 2018 order on motion to mitigate and the July 10, 2018 amended judgment and sentence rendered in Case No. 2016-CF-1928, in the Circuit Court in and for Marion County, Florida. See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

COHEN, C.J., and ORFINGER and EVANDER, JJ., concur.